EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2026 TSPR 55 |
| Aprobación de Cambio de Estatus Inactivo de abril de 2026 | 218 DPR ___ |

Número del Caso: EM-2026-0006

Fecha: 27 de mayo de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de abril de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de abril de 2026

EM-2026-0006

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de mayo de 2026.

Durante el periodo de abril de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Juan José Ríos Martínez | 1,695 |
| Tony Cruz Murphy | 5,465 |
| José M. Pérez Pérez | 7,815 |
| Félix A. Revilla Viera | 8,456 |
| Matilde Lausell Díaz | 10,705 |
| Pedro A. Vélez Baerga | 12,059 |
| Ada Alina Martínez Rabassa | 14,589 |
| Giancarlo Colberg Ferrer | 21,351 |
| Alexandra Rodríguez Díaz | 23,864 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo